UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24081-CIV-MORENO

M&M SISTERS, LLC, BERTHA MENENDEZ
GARCIA, & MARIA MENDEZ,

        Plaintiffs,

vs.

SCOTTSDALE INSURANCE CO.,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS ON DEFENDANT'S MOTIONS FOR ATTORNEYS' FEES, EXPENSES, AND COSTS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Bill of Costs (**D.E. 22**, filed on **April 26, 2022**), Defendant's Motion for Attorneys' Fees and Non-Taxable Costs (**D.E. 24**, filed on **May 18, 2022**), and Appellee's Motion for Appellate Attorneys' Fees (**D.E. 33**, transferred from the Eleventh Circuit to the District Court on **November 17, 2022**).

The Magistrate Judge filed a Report and Recommendation (**D.E. 36**) on **December 19, 2022**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's motions for attorneys' fees, expenses, and costs are **GRANTED in part**. Specifically, Defendant is awarded **$25,943.80** in attorneys' fees ($13,709.20 in district court attorneys' fees and $12,234.60 in appellate court attorneys' fees) and **$402.00** in taxable costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th of February 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record